UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

GAYAN PELAWATTA,

Defendant.

No. CR 2:24-00043-SPG-1

ORDER STAYING COMPLIANCE OF SUBPOENA

Given the parties' agreement to stay compliance of the subpoena issued to R.S. on November 4, 2026, pending resolution of the government's motion to quash filed on November 5, 2026, the Court hereby **STAYS** compliance of the subpoena.

IT IS SO ORDERED.

November 9, 2026
DATE

THE HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE